(101 So. 921)

Alonzo MYHAND and Porter Myhand v. STATE. (5 Div. 880.) (Supreme Court of Alabama. June 30, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Murder in the first degree.

PER CURIAM. There is no bill of exceptions in this case, and, no reversible error appearing upon the record proper, the judgment of the circuit court is affirmed. All the Justices concur.